# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KEYSTONE CAPITAL PARTNERS, INC. d/b/a FEDERAL EMPLOYEE BENEFIT COUNSELORS, CHRISTOPHER S. LAWS, JONATHAN DAX COOKE, DANNY S. HOOD, and BRANDON P. LONG,<br><br>Defendants. | Civil Action File No.<br>1:17-cv-02873-JPB |

## SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR ENTRY OF CONSENT JUDGMENT

The Securities and Exchange Commission moves for entry of a consent judgment in the form filed with the Court. As grounds for this motion, the Commission states that Defendant Christopher S. Laws has acknowledged being served with the complaint in this matter, entered a general appearance, and has consented to the entry of the judgment in the form filed with this court that:

(a) permanently restrains and enjoins Defendant from violations of Section 17(a)(1) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)(1)]; and

(b) orders Defendant to pay disgorgement in the amount of $132,615.34, plus prejudgment interest thereon in the amount of $30,425.56; and

(c) orders Defendant to pay a civil penalty of $160,000 under Section 21(d)(3) of the Securities Act [15 U.S.C. §77u(d)(3)].

WHEREFORE, the Commission requests that the Court enter the judgment against Defendant in the form filed with this Court.

Respectfully submitted this 27th day of December, 2019,

*/s/ Kristin W. Murnahan*
M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
loomism@sec.gov

William P. Hicks
Senior Trial Counsel
Ga. Bar No. 351649
hicksw@sec.gov

Kristin W. Murnahan
Senior Trial Counsel
Ga. Bar No. 759054
murnahank@sec.gov

Counsel for Plaintiff
United States Securities & Exchange Commission
950 E. Paces Ferry Road NE
Suite 900
Atlanta, GA 30326
404-842-7600
404.842.7679 fax

## **CERTIFICATION OF COMPLIANCE WITH L.R. 5.1B**

I hereby certify that the foregoing has been computer processed with 14 point New Times Roman Font in compliance with the United States District Court for the Northern District of Georgia Local Rule 5.1B.

*/s/ Kristin W. Murnahan*
Kristin W. Murnahan

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this day served a true and correct copy of the foregoing document by filing it with the Clerk of Court using the CM/ECF system. That filing system will automatically send e-mail notification of such filing to the registered counsel of record.

      This 27th day of December, 2019.

                                */s/ Kristin W. Murnahan*
                                Kristin W. Murnahan
                                Senior Trial Counsel