FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 21 2022

Kevin P. Weimer, Clerk
By /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

    v.

KEYSTONE CAPITAL PARTNERS,
INC. d/b/a FEDERAL EMPLOYEE
BENEFIT COUNSELORS, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:17-CV-2873-JSA

## VERDICT FORM

We, the jury, unanimously find as follows on the claims asserted by Plaintiff Securities and Exchange Commission ("SEC"):

### Violation of Section 10(b) of the Exchange Act and Rule 10b-5

1. Did Keystone Capital Partners (d/b/a FEBC) violate Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), or Rule 10b-5 under the Exchange Act?

    __✓__ Yes          _____ No

2. Did Mr. Cooke violate Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder?

    ✓ Yes          ___ No

3. Did Mr. Cooke aid and abet any violations by Keystone Capital Partners (d/b/a FEBC) of Section 10(b) of the Exchange Act and Rule 10b-5 thereunder?

    ✓ Yes          ___ No

4. Is Mr. Cooke liable as a control person for any violations by Keystone Capital Partners (d/b/a FEBC) of Section 10(b) of the Exchange Act and Rule 10b-5 thereunder?

    ✓ Yes          ___ No

**Violation of Section 17(a) of the Securities Act**

5. Did Keystone Capital Partners (d/b/a FEBC) violate Section 17(a)(1) of the Securities Act of 1933 ("Securities Act")?

    ✓ Yes          ___ No

6. Did Mr. Cooke violate Section 17(a)(1) of the Securities Act?

    __✓__ Yes          _____ No

7. Did Keystone Capital Partners (d/b/a FEBC) violate Section 17(a)(2) of the Securities Act?

    __✓__ Yes          _____ No

8. Did Keystone Capital Partners (d/b/a FEBC) violate Section 17(a)(3) of the Securities Act?

    __✓__ Yes          _____ No

9. Did Mr. Cooke violate Section 17(a)(3) of the Securities Act?

    __✓__ Yes          _____ No

10. Did Mr. Cooke aid and abet any violations by Keystone Capital Partners (d/b/a FEBC) of Section 17(a) of the Securities Act?

__✓__ Yes     _____ No

### Section 17(a) of the Exchange Act and Rule 17a-4(b)(4)

11. Did Mr. Cooke aid and abet any violations by LPL Financial of Section 17(a) of the Exchange Act and Rule 17a-4(b)(4)?

__✓__ Yes     _____ No

SO SAY WE ALL.

__3-21-2022__  
Date

__Tracey Fontenot__  
Foreperson's Signature

4